JS-6

1

2

3

4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD, J. GLASS,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEE C. CLARK, JILL A. VANDER BORGHT, JOSEPH MCDOUGALL, LAURA E. INLOW, LENORE C. KELLY, COLLISON, DAEHNKE, INLOW & GRECO, and TEN UNKNOWN NAMED DEFENDANTS, 1-10.<br><br>Defendants. | CASE NO. 2: 22-CV-04209-DSF-E<br>Action Filed: June 18, 2022<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Based on the stipulation of the parties, pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(ii), the entire action is dismissed with prejudice. In light of the dismissal of the entire action with prejudice, all pending motions, including Docket numbers 15, 16, 17, 29 and 34, are withdrawn and taken off calendar.

All parties are to bear their own fees and costs arising out of this dismissal.

IT IS SO ORDERED.

DATED:  October 7, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE